# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

WALTER HAYNES
ADC #111110                                                                                               PLAINTIFF

V.                                          NO: 5:06CV00085 GH

BENJAMIN ULEP *et al.*                                                                            DEFENDANTS

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 23rd day of February, 2007.

_____
UNITED STATES DISTRICT JUDGE