IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

WALTER HAYNES                                                           PLAINTIFF

vs.                          CASE NO. **5:06V000085**

BENJAMIN ULEP, ET AL.                                              DEFENDANTS

**ORDER**

On February 6, 2007 the Magistrate Judge issued his report and recommendations recommending that plaintiff's claims against defendants Ulep and Sagosiny be dismissed without prejudice and that the complaint be dismissed without prejudice. Plaintiff was notified that objections to the Report and Recommendations were due February 19, 2007. Plaintiff did not file objections but filed a motion to appoint counsel. The Court, on February 23, 2007 entered an Order adopting the Magistrate Judge's Report and Recommendations and denied plaintiff's motion for appointment of counsel. Judgment was entered on February 23, 2007, dismissing the complaint without prejudice.

On March 9, 2007, plaintiff filed a motion for extension of time to file a response or reply. The Court denied that request on March 15, 2007. On that same date, plaintiff filed a motion for reconsideration and renewed his request for appointment of counsel. On March 20, 2007, plaintiff filed a notice of appeal.

The motion for reconsideration is denied. There is no basis to warrant the Court reconsidering its Order dismissing the complaint without prejudice. The motion for appointment of counsel is denied.

IT IS SO ORDERED this 22nd day of March, 2007.

_____
UNITED STATES DISTRICT JUDGE

-1-